Robert B. Ryder, Esq.
Nevada Bar # 6806
Cheryl C. Bradford, Esq.
Nevada Bar # 9765
WOLFE & WYMAN LLP
980 Kelly Johnson Drive, Suite 140
Las Vegas, NV  89119
Tel: (702) 476-0100
Fax: (702) 476-0101
*rbryder@wolfewyman.com*
*ccbradford@wolfewyman.com*

Attorneys for Defendant,
**RALPHS GROCERY COMPANY dba FOOD 4 LESS (erroneously sued as "Ralphs Grocery Company dba Food 4 Less, Store #515")**

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JAMIE PACHECO, individually,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RALPHS GROCERY COMPANY dba FOOD 4 LESS, STORE #515, an Ohio Corporation; and DOES 1 through 10 and ROES 1-10, inclusive,<br><br>　　　　Defendant. | CASE NO.: 2:14-cv-00925-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TRIAL** |

## STIPULATION

Pursuant to Local Rule 6-1, 7-1, 26-4, Defendant, Ralphs Grocery Company dba Food 4 Less (hereinafter "Food 4 Less"), by and through its attorneys, Wolfe & Wyman LLP, and Jamie Pacheco (hereinafter "Plaintiff"), by and through her attorneys, the Richard Harris Law Firm, hereby agree and stipulate to extend trial as follows:

I.　**Local Rule 6-1**

Under Local Rule 6-1(b) every stipulation to extend time must inform the court of a previous extensions granted and state the reason for the extension requested.  This is the first request for

extension of trial filed by the parties. The parties are seeking this extension because the plaintiff is very ill. A mandatory settlement conference was set for October 27, 2015 and was vacated because the Plaintiff was admitted to the intensive care unit of a hospital for intestine and colon issues. The mandatory settlement conference was re-set to December 3, 2015. Unfortunately, Plaintiff was recently scheduled for surgery to place a stent near her colon and remains hospitalized. The December 3, 2015 mandatory settlement conference was vacated and will be reset at a later date. A telephonic status hearing is scheduled for December 15, 2015. Thus, the parties are requesting the Court modify the Scheduling Order, so that trial is extended until April or May of 2016.

## II. Proposed Trial Dates

April 4, 2016

May 16, 2016

May 23, 2016

May 31, 2016

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs and Defendants, by and through their undersigned attorneys, that the trial shall be continued due to Plaintiff being hospitalized.

Dated: December 7, 2015                      Dated: December 7, 2015

WOLFE & WYMAN LLP                            RICHARD HARRIS LAW FIRM

By: /s/ *Cheryl C. Bradford*                 By: /s/ *Kyle A. Stucki*
    Robert B. Ryder, Esq.                        Kyle A. Stucki, Esq.
    Nevada Bar # 6806                             Nevada Bar # 12646
    Cheryl C. Bradford, Esq.                      801 South Fourth Street
    Nevada Bar # 9765                             Las Vegas, NV 89101
    980 Kelly Johnson Drive, Suite 140            *Attorneys for Plaintiff*
    Las Vegas, NV 89119
    *Attorneys for Defendant, Ralphs Grocery Company dba Food 4 Less*

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT:

An amended scheduling order will be issued and trial is now set to be heard on __May__ 16 , 2016.

IT IS SO ORDERED this __7__ day of December, 2015.

_____
U.S. DISTRICT COURT JUDGE