Robert B. Ryder, Esq.
Nevada Bar # 6806
Cheryl C. Bradford, Esq.
Nevada Bar # 9765
WOLFE & WYMAN LLP
980 Kelly Johnson Drive, Suite 140
Las Vegas, NV 89119
Tel: (702) 476-0100
Fax: (702) 476-0101
rbryder@wolfewyman.com
ccbradford@wolfewyman.com

Attorneys for Defendant,
RALPHS GROCERY COMPANY dba
FOOD 4 LESS (erroneously sued as "Ralphs
Grocery Company dba Food 4 Less, Store
#515")

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JAMIE PACHECO, individually,<br><br>　　　　Plaintiff,<br>v.<br><br>RALPHS GROCERY COMPANY dba FOOD 4 LESS, STORE #515, an Ohio Corporation; and DOES 1 through 10 and ROES 1-10, inclusive,<br><br>　　　　Defendant. | CASE NO.: 2:14-cv-00925-GMN-NJK<br><br><br>**STIPULATION OF DISMISSAL OF ENTIRE CASE** |

It is hereby stipulated by and between defendant Ralphs Grocery Company dba Food 4 Less ("Ralphs"), and Plaintiff Jamie Pacheco ("Plaintiff"), pursuant to the written settlement agreement between Plaintiff and Defendants entered into on February 19, 2016 ("Settlement Agreement"), that all parties collectively agree to stipulate to dismiss plaintiff Jamie Pacheco's Complaint filed in this matter, including claims and causes of action therein, with prejudice, with each party to bear their own attorney's fees, costs and expenses in the above-captioned action, and therefore the entire action, shall be dismissed with prejudice, pursuant to rule 41 of the Federal Rules of Civil Procedure.

/ / /

/ / /

/ / /

1

2231810.1

Plaintiff, and defendant agree that the court shall retain jurisdiction to enforce the Settlement Agreement. Each party shall bear its, their, his or her own costs and attorneys' fees.

DATED: February 25, 2016         WOLFE & WYMAN LLP

By: /s/ *Cheryl C. Bradford*
Robert B. Ryder, Esq.
Nevada Bar # 6806
Cheryl C. Bradford, Esq.
Nevada Bar # 9765
980 Kelly Johnson Drive, Suite 140
Las Vegas, NV  89119
*Attorneys for Defendant, RALPHS GROCERY COMPANY dba FOOD 4 LESS*

DATED: February 25, 2016         RICHARD HARRIS LAW FIRM

By: _____
KYLE A. STUCKI, ESQ.
Nevada Bar No. 12646
801 S. Fourth Street
Las Vegas, Nevada 89101
*Attorney for Plaintiff*

### ORDER

Pursuant to the Stipulation of Dismissal executed by the parties and Federal Rules of Civil Procedure 41(a)(1)(A)(ii), it is HEREBY ORDERED, ADJUDGED AND DECREED:

- The above-entitled action is dismissed with prejudice;
- The Court shall close file.

**IT IS SO ORDERED.**

DATED: February 26, 2016        By: _____
Gloria M. Navarro
United States District Court Judge

2

2231810.1